AUDREE M. WALSCHE *v.* HARTFORD NATIONAL BANK
AND TRUST COMPANY ET AL.

The defendants' motion to dismiss the appeal from the Superior Court in Hartford County is granted.

*J. Read Murphy,* for the appellees (defendants).

*Audree M. Walsche,* pro se, the appellant (plaintiff).

Argued April 5—decided April 5, 1977

ANITA M. NOWAK *v.* KURT D. NOWAK ET AL.

The plaintiff's motion to dismiss the appeal of the defendant Salvatore Monarca, Jr., from the Superior Court in Hartford County is denied.

*Paul B. Groobert,* for the appellee (plaintiff).

*Joel J. Rottner,* for the appellant (defendant Salvatore Monarca, Jr.).

Argued April 5—decided April 5, 1977

DESIGNERS GUILD OF CONNECTICUT, INC. *v.*
JOSEPHINE M. FIALA

The plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is granted.

*David E. Kamins,* for the appellee (plaintiff).

*Richard C. Parmelee,* for the appellant (defendant).

Argued April 5—decided April 5, 1977